**DISMISS and Opinion Filed May 7, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00341-CV**

**MESQUITE INDEPENDENT SCHOOL DISTRICT, Appellant**
**V.**
**MARIA R. SALAZAR, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-12678**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Nowell
Opinion by Chief Justice Burns

Before the Court is the parties' joint motion to dismiss appeal based on settlement. We

grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190341F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MESQUITE INDEPENDENT SCHOOL
DISTRICT, Appellant

No. 05-19-00341-CV     V.

MARIA R. SALAZAR, Appellee

On Appeal from the 160th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-12678.
Opinion delivered by Chief Justice Burns.
Justices Whitehill and Nowell participating.

    In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

    We **ORDER** each party bear its own costs of this appeal as agreed.

Judgment entered May 7, 2019.